IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00336-REB-PAC

STEVEN LOWELL ROLLINS,

    Plaintiff,

v.

INGERSOLL-RAND, CO., LTD,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED**
that defendant's Motion to Stay Discovery Pending Resolution of Motion to Dismiss (filed and referred on April 5, 2006, doc. #6) is **granted**.  A stay on all discovery is hereby entered pending resolution of the Motion to Dismiss (filed and referred on April 5, 2006, doc. #8).  **Plaintiff shall file his response to the Motion to Dismiss on or before April 28, 2006**.


Dated:  April 6, 2006