IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00336-REB-PAC

STEVEN LOWELL ROLLINS,

    Plaintiff,

v.

INGERSOLL-RAND COMPANY,

    Defendant.

## ORDER APPROVING AND ADOPTING
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#22], filed October 4, 2006.  The Magistrate Judge recommends that the defendant's motion to dismiss [#8] be granted. The plaintiff filed objections [#23] on October 16, 2006. I overrule the objections and approve and adopt the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable statutory and case law.  In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See* **Haines v. Kerner**, 104 U.S. 519, 520-21 (1072), **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  I find plaintiff's objections to be irrelevant, meritless, or

imponderous. The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I find and conclude that the reasons stated, arguments advanced, authorities cited, together with the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#22], filed October 4, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant's motion to dismiss [#8] filed April 5, 2006, **IS GRANTED**; and

3. That this action **IS DISMISSED WITH PREJUDICE**.

Dated October 18, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**